**B6C (Official Form 6C) (04/13)**

**IN RE** <u>McCarthy, Holly M.</u>                                                                 Case No. <u>4:14-bk-10720</u>
Debtor(s)                                                                (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| <u>**SCHEDULE B - PERSONAL PROPERTY**</u> | | | |
| **Bank of America Checking acct end 3706** | **11 USC § 522(d)(5)** | **10.00** | **10.00** |
| **Bank of America Money Market acct end 0014** | **11 USC § 522(d)(5)** | **10.00** | **10.00** |
| **bedroom set, TV** | **11 USC § 522(d)(3)** | **1,000.00** | **1,000.00** |
| **womans clothes** | **11 USC § 522(d)(3)** | **1,500.00** | **1,500.00** |
| **diamond ring** | **11 USC § 522(d)(4)**<br>**11 USC § 522(d)(5)** | **1,550.00**<br>**2,450.00** | **4,000.00** |
| **2008 BMW X3 SUV 45K miles** | **11 USC § 522(d)(2)** | **104.00** | **17,000.00** |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only